# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| CLORSTEEN WEBSTER and LEO WEBSTER, husband and wife | * * * * | |
| Plaintiffs | * * | |
| | * | NO: 5:11CV00323  SWW |
| V. | * * | |
| BIG JIM'S/BIG RED'S LLC, doing business as BIG RED STOP-N-GO and BIG RED TRAVEL PLAZA | * * * * * | |
| Defendant | | |

## ORDER of DISMISSAL WITH PREJUDICE

Before the Court is Plaintiffs' unopposed motion to dismiss this case with prejudice.  The motion (ECF No. 27) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 17TH DAY OF JUNE, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE